JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANGEL GAVARRETE-BONILLA, | No. CV 15-09707-ODW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| JACK FOX, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: September 9, 2016

_____
OTIS D. WRIGHT, II
United States District Judge